AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| DAVID OH, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  5:22-cv-00866 |
| SUNVALLEYTEK INTERNATIONAL, INC. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sunvalleytek International, Inc.
160 E Tasman Dr, Ste. 215
San Jose, CA 95134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jonas Jacobson
DOVEL & LUNER, LLP
201 Santa Monica Boulevard, Suite 600
Santa Monica, California 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  2/11/22

*Felicia Brown*  Felicia Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:22-cv-00866

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sunvalleytek International, Inc.

was received by me on *(date)*  02/18/2022  .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  GKL Corporate/Search, Inc., Agent for Service of Process by serving Beth Burns, Corporate Specialist  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Sunvalleytek International, Inc.
One Capitol Mall, Suite 660, Sacramento, California 95814 on *(date)*  02/18/2022  ; or
at 12:01 p.m.

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  02/23/2022

_____
*Server's signature*

ANTONIO ALVAREZ, Not a Registered California Process Server
*Printed name and title*

Ace Attorney Service, Inc.
901 F Street, Suite 150, Sacramento, California 95814
Phone: (916) 447-4000 / Phone: (916) 244-0644
*Server's address*

Additional information regarding attempted service, etc:

In addition to the Summons, a copy of Class Action Complaint was also served.