KIMBERLY A. DONOVAN, State Bar No. 160729
kdonovan@gcalaw.com
KATHRYN C. CURRY, State Bar No. 157099
kcurry@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA  94040
Telephone:  (650) 428-3900
Facsimile:  (650) 428-3901

Attorneys for Defendant
SUNVALLEYTEK INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID OH, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>          Defendant. | Case No. 5:22-CV-00866 SVK<br><br>**CLASS ACTION**<br><br>**DEFENDANT'S ANSWER TO COMPLAINT;**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**Judge: Hon. Susan van Keulen** |

1    Defendant Sunvalleytek International, Inc. ("SUNVALLEYTEK" and/or

2    "Answering Defendant") responds to Plaintiff David Oh's Class Action Complaint

3    ("Complaint"), as follows:

4    <u>**INTRODUCTION**</u>

5        1.    Responding to paragraph 1 of the Complaint, Answering Defendant does not

6    believe paragraph contains allegations to which it is required to respond. To the extent it does,

7    Answering Defendant lacks sufficient information and belief to admit or deny the allegations in

8    paragraph 1 of the Complaint and, on that basis, denies the same.

9        2.    Responding to paragraph 2 of the Complaint, Answering Defendant does not

10   believe paragraph contains allegations to which it is required to respond. To the extent it does,

11   Answering Defendant lacks sufficient information and belief to admit or deny the allegations in

12   paragraph 2 of the Complaint and, on that basis, denies the same.

13       3.    Responding to paragraph 3 of the Complaint, Answering Defendant does not

14   believe paragraph contains allegations to which it is required to respond. To the extent it does,

15   Answering Defendant lacks sufficient information and belief to admit or deny the allegations in

16   paragraph 3 of the Complaint and, on that basis, denies the same.

17       4.    Responding to paragraph 4 of the Complaint, Answering Defendant does not

18   believe paragraph contains allegations to which it is required to respond. To the extent it does,

19   Answering Defendant lacks sufficient information and belief to admit or deny the allegations in

20   paragraph 4 of the Complaint and, on that basis, denies the same.

21       5.    Responding to paragraph 5 of the Complaint, Answering Defendant does not

22   believe paragraph contains allegations to which it is required to respond. To the extent it does,

23   Answering Defendant lacks sufficient information and belief to admit or deny the allegations in

24   paragraph 5 of the Complaint and, on that basis, denies the same.

25       6.    Responding to paragraph 6 of the Complaint, Answering Defendant admits the

26   allegations in paragraph 6 of the Complaint.

27       7.    Responding to paragraph 7 of the Complaint, Answering Defendant admits that on

28   some occasions cards were in its product packaging offering purchasers of some of its products

gift cards to write reviews and post them online.  Answering Defendant lacks sufficient information and belief to admit or deny the remaining allegations in paragraph 7 of the Complaint and, on that basis, denies the same.

8.      Responding to paragraph 8 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations in paragraph 8 of the Complaint and, on that basis, denies the same.

9.      Responding to paragraph 9 of the Complaint, Answering Defendant denies the allegations in paragraph 9 of the Complaint.

10.      Responding to paragraph 10 of the Complaint, Answering Defendant admits that Amazon delisted Defendant's products in or around June 2021. Answering Defendant lacks sufficient information and belief to admit or deny the remaining allegations in paragraph 10 of the Complaint and, on that basis, denies the same.

11.      Responding to paragraph 11 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations in paragraph 11 of the Complaint and, on that basis, denies the same.

12.      Responding to paragraph 12 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 12 and, on that basis, denies the same.

13.      Responding to paragraph 13 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 13 and, on that basis, denies the same.

14.      Responding to paragraph 14 of the Complaint, Answering Defendant admits the allegations in paragraph 14 of the Complaint.

15.      Responding to paragraph 15 of the Complaint, Answering Defendant does not believe that paragraph 15 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 15 and, on that basis, denies the same.

16.      Responding to paragraph 16 of the Complaint, Answering Defendant does not

believe that paragraph 16 of the Complaint contains allegations requiring a response.

17.     Responding to paragraph 17 of the Complaint, Answering Defendant does not believe that paragraph 17 of the Complaint contains allegations requiring a response.

18.     Responding to paragraph 18 of the Complaint, Answering Defendant does not believe that paragraph 18 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 18 and, on that basis, denies the same.

19.     Responding to paragraph 19 of the Complaint, Answering Defendant does not believe that paragraph 19 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 19 and, on that basis, denies the same.

20.     Responding to paragraph 20 of the Complaint, Answering Defendant does not believe that paragraph 20 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 20 and, on that basis, denies the same.

21.     Responding to paragraph 21 of the Complaint, Answering Defendant does not believe that paragraph 21 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 21 and, on that basis, denies the same.

22.     Responding to paragraph 22 of the Complaint, Answering Defendant does not believe that paragraph 22 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 22 and, on that basis, denies the same.

23.     Responding to paragraph 23 of the Complaint, Answering Defendant does not believe that paragraph 23 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 23 and, on that basis, denies the same.

24.     Responding to paragraph 24 of the Complaint, Answering Defendant does not

believe that paragraph 24 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 24 and, on that basis, denies the same.

25.     Responding to paragraph 25 of the Complaint, Answering Defendant does not believe that paragraph 25 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 25 and, on that basis, denies the same.

26.     Responding to paragraph 26 of the Complaint, Answering Defendant does not believe that paragraph 26 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 26 and, on that basis, denies the same.

27.     Responding to paragraph 27 of the Complaint, Answering Defendant does not believe that paragraph 27 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 27 and, on that basis, denies the same.

28.     Responding to paragraph 28 of the Complaint, Answering Defendant does not believe that paragraph 28 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 28 and, on that basis, denies the same.

29.     Responding to paragraph 29 of the Complaint, Answering Defendant does not believe that paragraph 29 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 29 and, on that basis, denies the same.

30.     Responding to paragraph 30 of the Complaint, Answering Defendant does not believe that paragraph 30 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 30 and, on that basis, denies the same.

31.     Responding to paragraph 31 of the Complaint, Answering Defendant admits that it

distributes, markets, and sells consumer electronics under several brand names including

RAVPower, HooToo, Sable, TaoTronics, VAVA, and Anjou. Answering Defendant denies the

remaining allegations in paragraph 31 of the Complaint.

32.     Responding to paragraph 32 of the Complaint, Answering Defendant admits that

until June 2021 it sold a large portion of its products on Amazon.com. Answering Defendant

denies the remaining allegations in paragraph 32 of the Complaint.

33.     Responding to paragraph 33 of the Complaint, Answering Defendant admits the

allegations in paragraph 33 of the Complaint.

34.     Responding to paragraph 34 of the Complaint, Answering Defendant lacks

sufficient information and belief to admit or deny the allegations of paragraph 34 and, on that

basis, denies the same.

35.     Responding to paragraph 35 of the Complaint, Answering Defendant admits the

allegations in paragraph 35 of the Complaint.

36.     Responding to paragraph 36 of the Complaint, Answering Defendant admits the

allegations in paragraph 36 of the Complaint.

37.     Responding to paragraph 37 of the Complaint, Answering Defendant lacks

sufficient information and belief to admit or deny the allegations of paragraph 37 and, on that

basis, denies the same.

38.     Responding to paragraph 38 of the Complaint, Answering Defendant lacks

sufficient information and belief to admit or deny the allegations of paragraph 38 and, on that

basis, denies the same.

39.     Responding to paragraph 39 of the Complaint, Answering Defendant admits that at

one time the allegations in paragraph 39 of the Complaint did occur, but denies that any of the

alleged actions were taking place by the time the complaint was filed.

40.     Responding to paragraph 40 of the Complaint, Answering Defendant lacks

sufficient information and belief to admit or deny the allegations of paragraph 40 and, on that

basis, denies the same.

41.     Responding to paragraph 41 of the Complaint, Answering Defendant lacks

sufficient information and belief to admit or deny the allegations of paragraph 41 and, on that basis, denies the same.

42.    Responding to paragraph 42 of the Complaint, Answering Defendant admits that following the Wall Street Journal identifying brands sold by Defendant in an article, Amazon delisted Answering Defendant's products.  Answering Defendant lacks sufficient information and belief to admit or deny the remaining allegations of paragraph 42 and, on that basis, denies the same.

43.    Responding to paragraph 43 of the Complaint, Answering Defendant does not believe that paragraph 43 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 43 and, on that basis, denies the same.

44.    Responding to paragraph 44 of the Complaint, Answering Defendant does not believe that paragraph 44 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 44 and, on that basis, denies the same.

45.    Responding to paragraph 45 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 45 and, on that basis, denies the same.

46.    Responding to paragraph 46 of the Complaint, Answering Defendant denies it engaged in deceptive conduct. Answering Defendant lacks sufficient information and belief to admit or deny the remaining allegations in paragraph 46 and, on that basis, denies the same.

47.    Responding to paragraph 47 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 47 and, on that basis, denies the same.

48.    Responding to paragraph 48 of the Complaint, Answering Defendant denies the allegations contained in paragraph 48 of the Complaint.

49.    Responding to paragraph 49 of the Complaint, Answering Defendant denies the allegations contained in paragraph 49 of the Complaint.

1

50.     Responding to paragraph 50 of the Complaint, Answering Defendant lacks

2     sufficient information and belief to admit or deny the allegations of paragraph 50 and, on that

3     basis, denies the same.

4          51.     Responding to paragraph 51 of the Complaint, Answering Defendant lacks

5     sufficient information and belief to admit or deny the allegations of paragraph 51 and, on that

6     basis, denies the same.

7          52.     Responding to paragraph 52 of the Complaint, Answering Defendant denies its

8     products were poorly made and of a low quality. Answering Defendant lacks sufficient

9     information and belief to admit or deny the remaining allegations in paragraph 52 and, on that

10    basis, denies the same.

11         53.     Responding to paragraph 53 of the Complaint, Answering Defendant lacks

12    sufficient information and belief to admit or deny the allegations of paragraph 53 and, on that

13    basis, denies the same.

14         54.     Responding to paragraph 54 of the Complaint, Answering Defendant lacks

15    sufficient information and belief to admit or deny the allegations of paragraph 54 and, on that

16    basis, denies the same.

17         55.     Responding to paragraph 55 of the Complaint, Answering Defendant does not

18    believe that paragraph 55 of the Complaint contains allegations requiring a response. If so,

19    Answering Defendant lacks sufficient information and belief to admit or deny the allegations of

20    paragraph 55 and, on that basis, denies the same

21         56.     Responding to paragraph 56 of the Complaint, Answering Defendant does not

22    believe that paragraph 56 of the Complaint contains allegations requiring a response. If so,

23    Answering Defendant lacks sufficient information and belief to admit or deny the allegations of

24    paragraph 56 and, on that basis, denies the same.

25         57.     Responding to paragraph 57 of the Complaint, Answering Defendant does not

26    believe that paragraph 57 of the Complaint contains allegations requiring a response. If so,

27    Answering Defendant lacks sufficient information and belief to admit or deny the allegations of

28    paragraph 57 and, on that basis, denies the same.

58.     Responding to paragraph 58 of the Complaint, Answering Defendant does not believe that paragraph 58 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 58 and, on that basis, denies the same.

59.     Responding to paragraph 59 of the Complaint, Answering Defendant does not believe that paragraph 59 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 59 and, on that basis, denies the same.

60.     Responding to paragraph 60 of the Complaint, Answering Defendant denies the allegations in paragraph 60 of the Complaint.

61.     Responding to paragraph 61 of the Complaint, Answering Defendant denies the allegations in paragraph 61 of the Complaint.

62.     Responding to paragraph 62 of the Complaint, Answering Defendant does not believe that paragraph 62 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 62 and, on that basis, denies the same.

63.     Responding to paragraph 63 of the Complaint, Answering Defendant does not believe that paragraph 63 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 63 and, on that basis, denies the same.

64.     Responding to paragraph 64 of the Complaint, Answering Defendant does not believe that paragraph 64 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 64 and, on that basis, denies the same.

## COUNT I

65.     Responding to paragraph 65 of the Complaint, Answering Defendant incorporates by reference each and every answer set forth above.

66.     Responding to paragraph 66 of the Complaint, Answering Defendant does not

believe that paragraph 66 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 66 and, on that basis, denies the same.

67.     Responding to paragraph 67 of the Complaint, Answering Defendant does not believe that the first sentence of paragraph 67 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations in the first sentence of paragraph 67 and, on that basis, denies the same. Answering Defendant denies the remaining allegations in paragraph 67 of the Complaint.

68.     Responding to paragraph 68 of the Complaint, Answering Defendant denies the allegations in paragraph 68 of the Complaint.

69.     Responding to paragraph 69 of the Complaint, Answering Defendant denies the allegations in paragraph 69 of the Complaint.

70.     Responding to paragraph 70 of the Complaint, Answering Defendant does not believe that paragraph 70 of the Complaint contains allegations requiring a response. If so, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 70 and, on that basis, denies the same.

71.     Responding to paragraph 71 of the Complaint, Answering Defendant denies the allegations in paragraph 71 of the Complaint.

## COUNT II

72.     Responding to paragraph 72 of the Complaint, Answering Defendant incorporates by reference each and every answer set forth above.

73.     Responding to paragraph 73 of the Complaint, Answering Defendant denies the allegations in paragraph 73 of the Complaint.

74.     Responding to paragraph 74 of the Complaint, Answering Defendant denies the allegations in paragraph 74 of the Complaint.

75.     Responding to paragraph 75 of the Complaint, Answering Defendant denies the allegations in paragraph 75 of the Complaint.

76.     Responding to paragraph 76 of the Complaint, Answering Defendant denies the

allegations in paragraph 76 of the Complaint.

77.      Responding to paragraph 77 of the Complaint, Answering Defendant denies the allegations in paragraph 77 of the Complaint.

78.      Responding to paragraph 78 of the Complaint, Answering Defendant denies the allegations in paragraph 78 of the Complaint.

79.      Responding to paragraph 79 of the Complaint, Answering Defendant denies the allegations in paragraph 79 of the Complaint.

80.      Responding to paragraph 80 of the Complaint, Answering Defendant denies the allegations in paragraph 80 of the Complaint.

81.      Responding to paragraph 81 of the Complaint, Answering Defendant denies the allegations in paragraph 81 of the Complaint.

82.      Responding to paragraph 82 of the Complaint, Answering Defendant denies the allegations in paragraph 82 of the Complaint.

83.      Responding to paragraph 83 of the Complaint, Answering Defendant denies the allegations in paragraph 83 of the Complaint.

84.      Responding to paragraph 84 of the Complaint, Answering Defendant denies the allegations in paragraph 84 of the Complaint.

85.      Responding to paragraph 85 of the Complaint, Answering Defendant denies the allegations in paragraph 85 of the Complaint.

## COUNT III

86.      Responding to paragraph 86 of the Complaint, Answering Defendant incorporates by reference each and every answer set forth above.

87.      Responding to paragraph 87 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 87 and, on that basis, denies the same.

88.      Responding to paragraph 88 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 88 and, on that basis, denies the same.

89.     Responding to paragraph 89 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 89 and, on that basis, denies the same.

90.     Responding to paragraph 90 of the Complaint, Answering Defendant denies the allegations in paragraph 90 of the Complaint.

91.     Responding to paragraph 91 of the Complaint, Answering Defendant denies the allegations in paragraph 91 of the Complaint.

92.     Responding to paragraph 92 of the Complaint, Answering Defendant denies the allegations in paragraph 92 of the Complaint.

93.     Responding to paragraph 93 of the Complaint, Answering Defendant denies the allegations in paragraph 93 of the Complaint.

94.     Responding to paragraph 94 of the Complaint, Answering Defendant denies the allegations in paragraph 94 of the Complaint.

95.     Responding to paragraph 95 of the Complaint, Answering Defendant denies the allegations in paragraph 95 of the Complaint.

96.     Responding to paragraph 96 of the Complaint, Answering Defendant denies the allegations in paragraph 96 of the Complaint.

97.     Responding to paragraph 97 of the Complaint, Answering Defendant denies the allegations in paragraph 97 of the Complaint.

98.     Responding to paragraph 98 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 98 and, on that basis, denies the same.

99.     Responding to paragraph 99 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 99 and, on that basis, denies the same.

## <u>COUNT IV</u>

100.     Responding to paragraph 100 of the Complaint, Answering Defendant incorporates by reference each and every answer set forth above.

101.    Responding to paragraph 101 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 101 and, on that basis, denies the same.

102.    Responding to paragraph 102 of the Complaint, Answering Defendant denies the allegations in paragraph 102 of the Complaint.

103.    Responding to paragraph 103 of the Complaint, Answering Defendant denies the allegations in paragraph 103 of the Complaint.

104.    Responding to paragraph 104 of the Complaint, Answering Defendant lacks sufficient information and belief to admit or deny the allegations of paragraph 104 and, on that basis, denies the same.

**Plaintiff's Jury Demand**

105.    Answering Defendant does not believe that paragraph 105 of the Complaint contains allegations requiring a response. If so, Answering Defendant denies the allegations in paragraph 105 of the Complaint.

**Plaintiff's Prayer for Relief**

106.    Responding to paragraph 106 of the Complaint, Plaintiff's Prayer for Relief sets forth the statement of relief requested by the Plaintiff, to which no response is required. Answering Defendant denies that Plaintiff is entitled to class certification and/or any of the requested relief, denies any factual allegations contained in the Prayer for Relief, and denies that any form of equitable or injunctive relief may be granted as prayed for therein on grounds including that the requested relief is vague and lacks sufficient specificity. Answering Defendant denies the allegations in paragraph 106 of the Complaint.

**AFFIRMATIVE DEFENSES**

Plaintiff bears the burden of proving his claims.  By asserting these affirmative defenses, Answering Defendant does not assume any burden or obligation to rebut the same.  Answering Defendant asserts the following affirmative and other defenses, reserving the right to assert additional defenses and to modify, amend, and/or expand upon these defenses that become known throughout the course of this litigation.

1

2

**FIRST AFFIRMATIVE DEFENSE**

3

**(Failure to State a Claim)**

4

The complaint fails to state sufficient facts to constitute a cause of action against

5

Defendant in that the alleged review allegations, products involved, time frame, and acts are all

6

overbroad, vague, and ambiguous.

7

**SECOND AFFIRMATIVE DEFENSE**

8

**(Compliance with Applicable Laws/Business Justification)**

9

Plaintiff's claims are barred because Defendant's conduct was not and was not unlawful,

10

unfair, or deceptive in that Defendant complied with applicable statutes and regulations and/or

11

acted within industry standards, commercial standards, and industry practice, and/or acted

12

consistently with proper business reasons, justification, and motivation.

13

**THIRD AFFIRMATIVE DEFENSE**

14

**(Statutes of Limitations)**

15

Plaintiff's claims are barred by the applicable statutes of limitations applicable to the

16

claims in this action.

17

**FOURTH AFFIRMATIVE DEFENSE**

18

**(Laches)**

19

Plaintiff's claims, in whole or in part, are barred by the doctrine of laches.

20

**FIFTH AFFIRMATIVE DEFENSE**

21

**(Estoppel/Waiver)**

22

Plaintiff's claims are barred in whole or part by the doctrine of estoppel and/or waiver.

23

**SIXTH AFFIRMATIVE DEFENSE**

24

**(Alternative Goods/Choice of Goods/Review Results)**

25

Plaintiff's claims should be defeated on the basis of availability of alternative goods, no

26

premium prices for Defendants' goods alleged in action, and/or no difference or decrease in

27

quality of goods, and/or no difference/increase in reviews based on alleged incentives.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

Plaintiff lacks standing to assert certain claims alleged in the complaint. Plaintiff has not suffered injury in fact.  He has not lost money nor property arising out of or resulting from the alleged wrongful acts of Defendant. Additionally, Plaintiff is not a proper class representative for claims based on states' law other than California.

## EIGHTH AFFIRMATIVE DEFENSE

### (Defective Notice)

Plaintiff failed to provide a proper notice under Section 1770 and/or Defendant rectified any and all alleged violations prior to expiration of the 30-day notice.

## NINTH AFFIRMATIVE DEFENSE

### (Unclean Hands/Equity Dictates Remedy Unavailable)

Considering the equities involved, including Plaintiff's unclean hands, Plaintiff is not entitled to the remedies sought, or any remedy, as a result of the allegations in the complaint.

## TENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate/Unjust Enrichment)

Plaintiff has failed to mitigate their damages, if any. If Plaintiff and putative class members were allowed to recover, in whole or in part, on their claims as alleged herein they would be unjustly enriched.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Good Faith Belief and Conduct)

The acts and statements of Defendant were fair and reasonable and were performed in good faith based on all the relevant facts known to defendant or constituted a bona fide error. Defendant acted with a good faith belief that it had good cause and/or legitimate business reasons to act as it did and did not directly or indirectly perform any acts that would constitute a violation of consumers' rights.  As a consequence, Plaintiff is not entitled to any relief whatsoever.

## TWELFTH AFFIRMATIVE DEFENSE

### (Product Misuse)

By its very nature, the performance of the products at issue is dependent on proper maintenance and use by the Plaintiff.  Since Plaintiff (or members of the alleged class) failed to properly use and maintain the product at issue, any damage was directly caused by Plaintiff (or members of the alleged class) and not Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Article III Standing)

Plaintiff lacks standing under Article III of the United States Constitution and therefore cannot maintain this action.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Choice of Law Improper/Inapplicable)

The Plaintiff attempts to assert claims under state law of numerous states.  The claims are not properly brought under the laws of these multiple jurisdictions.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Plaintiff Representative is Improper)

Plaintiff class representative is not a proper representative of the alleged class/subclasses, fails to be representative of the alleged class/subclasses, fails to have claims typical of the class/subclasses, fails to have injuries typical of the class/subclasses, and fails to have adequate injuries to maintain an action.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Right to Restitution/Injunctive Relief)

Plaintiff is not entitled to equitable relief, restitution, and/or injunctive relief because such remedies are barred and/or Plaintiff is not entitled to them and/or plaintiff (and members of the alleged class) derived a benefit from the product received.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Other Affirmative Defenses)

Defendant lacks sufficient information of all the facts and evidence surrounding the

subject incidents and is, therefore, unable to ascertain at this time any additional affirmative

defenses which Defendant might have.  As such, Defendant expressly reserves the right to amend

it answer to assert such other affirmative defenses as may become apparent subsequent to the

filing of this Answer, whether in discovery, at trial or otherwise.

## RELIEF REQUESTED

WHEREFORE, Answering Defendant respectfully requests judgment in its favor, and

against Plaintiff, as follows:

A.     That Plaintiff takes nothing by way of their Complaint;

B.     That the Complaint, and each and every purported Cause of Action therein, be

dismissed with prejudice;

C.     That Answering Defendant be awarded its costs and its attorneys' fees, to the

fullest extent permitted by law, and,

D.     That Answering Defendant be awarded such further and other relief as the Court

deems meet and proper in the premises.

Dated:  April 4, 2022                    GCA LAW PARTNERS LLP


By: */s/ Kimberly A. Donovan*
　　　Kimberly A. Donovan

Attorneys for Defendant
SUNVALLEYTEK INTERNATIONAL,
INC.


## DEMAND FOR JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b), Answering Defendant hereby demands a trial by

jury on all issues triable by a jury.

1

Dated:  April 4, 2022                    GCA LAW PARTNERS LLP

2

3

By: */s/ Kimberly A. Donovan*

4

Kimberly A. Donovan

5

Attorneys for Defendant
SUNVALLEYTEK INTERNATIONAL,

6

INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28