KIMBERLY A. DONOVAN, State Bar No. 160729
kdonovan@gcalaw.com
KATHRYN C. CURRY, State Bar No. 157099
kcurry@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA  94040
Telephone:  (650) 428-3900
Facsimile:  (650) 428-3901

Attorneys for Defendant
SUNVALLEYTEK INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID OH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 5:22-CV-00866 SVK<br><br>**CLASS ACTION**<br><br>**DEFENDANT SUNVALLEYTEK INTERNATIONAL, INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS AND ENTITIES PURSUANT TO CIVIL LOCAL RULE 3-15 AND FED.R.CIV.PROC. 7.1 FOR** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Sunvalleytek International, Inc. is a wholly owned subsidiary of:

Sunvalley (HK) Limited

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that no publicly held corporation owns 10% or more of the stock of the Defendant, Sunvalleytek International, Inc.

Dated: April 4, 2022

GCA LAW PARTNERS LLP

By: */s/ Kimberly A. Donovan*
Kimberly A. Donovan

Attorneys for Defendant
SUNVALLEYTEK INTERNATIONAL, INC.