Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DAVID OH, individually and on behalf of all others similarly situated, | Case No. 5:22-cv-00866-SVK |
| *Plaintiff,* | **STIPULATION SETTING BRIEFING SCHEDULE AND HEARING FOR CLASS CERTIFICATION** |
| v. | |
| SUNVALLEYTEK INTERNATIONAL, INC. | |
| *Defendant*. | |

Following the Court's instructions at the Case Management Conference, the Parties stipulate to the following schedule for class certification briefing:

1. Plaintiff's Motion for Class Certification shall be filed by February 17, 2023;

2. Defendant's Opposition shall be filed by March 31, 2023;

3. Plaintiff's Reply shall be filed by April 28, 2023; and

4. The hearing on Plaintiff's Motion for Class Certification shall be set for May 30, 2023.

Dated: May 20, 2022

Respectfully submitted,

*/s/ Kim Donovan (with permission)*
Kim Donovan (Bar No. 160729)
kdonovan@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

*Counsel for Defendant*

*/s/ Jonas Jacobson*
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Counsel for Plaintiff*

## DECLARATION OF JONAS JACOBSON

I, Jonas Jacobson, declare:

1. I am an attorney admitted to practice in California, and counsel for Plaintiff David Oh in this matter.

2. Following the Court's instructions at the Case Management Conference, the Parties have agreed to the following briefing schedule: Plaintiff's Motion for Class Certification shall be filed by February 17, 2023; Defendant's Opposition shall be filed by March 31, 2023; Plaintiff's Reply shall be filed by April 28, 2023; and the hearing on Plaintiff's Motion for Class Certification shall be set for May 30, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of May, 2022.

*/s/ Jonas Jacobson*
Jonas Jacobson

**ATTESTATION OF COMPLIANCE**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that the content of this document is acceptable to Ms. Kim Donovan, counsel for Defendant, and that I obtained Ms. Donovan's authorization to file this document, indicated by a /s/ in lieu of a signature on this document.

*/s/ Jonas Jacobson*
Jonas Jacobson