```
 1   Jonas B. Jacobson (Cal. Bar No. 269912)
     jonas@dovel.com
 2   Simon Franzini (Cal. Bar No. 287631)
     simon@dovel.com
 3   DOVEL & LUNER, LLP
     201 Santa Monica Blvd., Suite 600
 4   Santa Monica, California 90401
     Telephone: (310) 656-7066
 5   Facsimile: (310) 656-7069
 6
 7   Attorneys for Plaintiff David Oh,
     and all others similarly situated
 8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DAVID OH, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.<br><br>      *Defendant*. | Case No. 5:22-cv-00866-SVK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION SETTING BRIEFING AND HEARING SCHEDULE FOR CLASS CERTIFICATION** |

[PROPOSED] ORDER

Having considered the Parties' Stipulation Setting Briefing and Hearing Schedule for Class Certification, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Class Certification shall be filed by February 17, 2023;

2. Defendant's Opposition shall be filed by March 31, 2023;

3. Plaintiff's Reply shall be filed by April 28, 2023; and

4. The hearing on Plaintiff's Motion for Class Certification shall be set for May 30, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____

Magistrate Judge Susan van Keulen