Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Attorneys for Plaintiff David Oh,
and all others similarly situated

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DAVID OH, individually and on behalf of all others similarly situated, | Case No. 5:22-cv-00866-SVK |
| *Plaintiff*, | [PROPOSED] ORDER GRANTING STIPULATION SETTING BRIEFING AND HEARING SCHEDULE FOR CLASS CERTIFICATION |
| v. | |
| SUNVALLEYTEK INTERNATIONAL, INC. | |
| *Defendant*. | |

[PROPOSED] ORDER

Having considered the Parties' Stipulation Setting Briefing and Hearing Schedule for Class Certification, IT IS HEREBY ORDERED that:

1.      Plaintiff's Motion for Class Certification shall be filed by February 17, 2023;

2.      Defendant's Opposition shall be filed by March 31, 2023;

3.      Plaintiff's Reply shall be filed by April 28, 2023; and

4.      The hearing on Plaintiff's Motion for Class Certification shall be set for May 30, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _May 23, 2022_ _____

Magistrate Judge Susan van Keulen