UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-00866-SVK<br><br>**ORDER FOLLOWING STATUS CONFERENCE; ORDER PROVISIONALLY GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 68 |

The Court held a status conference on December 12, 2023 to discuss the motion of counsel Andre Y. Bates, Keliang Zhu, and Yi Yao, all of whom are attorneys at DeHeng Law Offices PC, to withdraw as counsel for Defendant Sunvalleytek International, Inc. *See* Dkt. 68. The Court **ORDERS** as follows:

1. The Court finds that further briefing on the motion to withdraw is not necessary. In light of (1) defense counsel's showing that grounds for withdrawal exist and (2) the stage of the litigation, the motion to withdraw is **PROVISIONALLY GRANTED** on the following conditions, which are designed to avoid reasonably foreseeable prejudice to Sunvalleytek:

   a. As a corporation, Sunvalleytek is not permitted to appear *pro se* and must be represented by counsel in this case. *See* Civ. L.R. 3-9(b).

   b. Accordingly, papers may continue to be served on Sunvalleytek's counsel and defense counsel must forward such papers to Sunvalleytek until the client appears by other counsel. Counsel must notify Sunvalleytek of this condition. Defense counsel's obligation to forward papers to Sunvalleytek includes but is not limited to promptly providing Sunvalleytek with a copy of this Order.

       c. Sunvalleytek is advised that failure to obtain substitute counsel may result in default proceedings or other consequences in this case.

2. The Court will hold a status conference on **February 13, 2024 at 9:30 a.m.** The Parties must file a joint status report on **February 6, 2024** that addresses the status of Sunvalleytek's efforts to obtain new counsel and a proposed schedule for the remaining proceedings in this case.

**SO ORDERED.**

Dated: December 12, 2023

*[signature]*

SUSAN VAN KEULEN
United States Magistrate Judge