UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OH,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>    Defendant. | Case No.  22-cv-00866-SVK<br><br>**ORDER FOLLOWING FEBRUARY 13, 2024 STATUS CONFERENCE**<br><br>**ORDER TO SHOW CAUSE RE ENTRY OF DEFAULT** |

The Court held a status conference on February 13, 2024 and **ORDERED** as follows:

1. Plaintiff's motion for leave to amend the complaint is due no later than **February 20, 2024.**  Any response is due **14 days** after the motion is filed.

2. Plaintiff has requested entry of default against Defendant Sunvalleytek International, Inc. Dkt. 73.  Accordingly, Defendant Sunvalleytek International, Inc. is ordered to appear by Zoom on **March 12, 2024 at 10:00 a.m.** and show cause why the Clerk of Court shall not enter default against it.  Defendant must also file a written response to this order to show cause by **March 5, 2024**.  The Court will hold the hearing on March 12, 2024 even if no written response is filed, and all counsel are to appear.

3. Following the Court's December 12, 2023 order provisionally granting defense counsel's motion to withdraw (Dkt. 71), no new counsel has filed a notice of appearance on behalf of Defendant Sunvalleytek International, Inc.  The requirements concerning Defendant's current counsel as set forth in the

////

////

December 12 order remain in place.  If Defendant obtains new counsel, he or she must promptly file a notice of appearance.

**SO ORDERED.**

Dated: February 13, 2024

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge