UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID OH,

                Plaintiff,

      v.

SUNVALLEYTEK INTERNATIONAL, INC., et al.,

                Defendants.

Case No. 22-cv-00866-VC

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

Re: Dkt. No. 148

        The motion for default judgment is granted and profit disgorgement in the amount of $32,919,380 awarded to the class. All the *Eitel* factors are satisfied. *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). The plaintiffs will likely be prejudiced without a default judgment because there is no other obvious way for them to obtain relief. The allegations in the complaint are well pled and supported by the record: There is evidence that Sunvalleytek paid its customers to leave positive reviews of its products and that a reasonable consumer would find this deceptive. The plaintiffs' request for a full refund is not supported by the record, but their request for a disgorgement of profits is. Sunvallytek's decision to stop participating in the lawsuit suggests that no material facts are in dispute. Its default was not due to excusable neglect; to the contrary, after its counsel withdrew, the Court held a hearing and informed Sunvalleytek that it would be in default if it did not obtain new counsel and participate in the case, and yet it did not do so. And Sunvalleytek's decision to stop participating in the lawsuit makes a decision on the merits impossible.

        **IT IS SO ORDERED.**

Dated: June 12, 2025

VINCE CHHABRIA
United States District Judge