UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OH,<br><br>      Plaintiff,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC., et al.,<br><br>      Defendant. | 22-cv-00866-VC<br><br>**JUDGMENT** |

The Court, having granted the plaintiff's motion for default judgment, now enters judgment in the amount of $32,919,380 in favor of the plaintiff and against the defendants. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 12, 2025

VINCE CHHABRIA
United States District Judge