**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DAVID OH, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

SUNVALLEYTEK INTERNATIONAL, INC. and SUNVALLEY (HK) LIMITED,

*Defendants*.

Case No. 3:22-cv-00866-VC

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND JUDGMENT TO INCLUDE PRE AND POST JUDGMENT INTEREST AND STAY DEADLINES TO MOVE FOR ATTORNEY FEES, COSTS, AND INCENTIVE AWARD**

Hon. Vince Chhabria

Plaintiffs' motion to amend the judgment and stay deadlines to move for attorney fees, costs, and an incentive award is **GRANTED**.

The Court awards prejudgment interest of $7,693,991 and will enter an amended judgment for the total amount of $40,613,371. The Court also awards post-judgment interest under 28 U.S.C. § 1961.

All deadlines to move for attorney fees, costs, and an incentive award are stayed, to be reset if Plaintiffs are able to collect on the judgment.

**IT IS SO ORDERED.**

Dated:   July 18, 2025

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE