UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID OH, individually and on behalf of all
others similarly situated,

          *Plaintiff*,

          v.

SUNVALLEYTEK INTERNATIONAL,
INC. and SUNVALLEY (HK) LIMITED,

          *Defendants*.

Case No. 3:22-cv-00866-VC

~~[PROPOSED]~~ **AMENDED JUDGMENT**

Hon. Vince Chhabria

1    The Court, having granted the Plaintiffs' motion to amend the judgment, now enters an

2  amended judgment in the amount of $40,613,371 (constituting $32,919,380 in restitution and

3  $7,693,991 in pre-judgment interest) in favor of the Plaintiffs and against the Defendants. The Court

4  also awards post-judgment interest, to be calculated under 28 U.S.C. § 1961.

5    The Clerk of Court is directed to close the case.

6    **IT IS SO ORDERED.**

7

8  Dated:    July 18, 2025

9    HON. VINCE CHHABRIA
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order                               1                        Case No. 3:22-cv-00866-VC